September 18, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

THE SUBSEA COMPANY, Appellant

NO. 14-13-00849-CV                          V.

RAQUEL PAYAN AND SEVEN ONSHORE/OFFSHORE, LLC, Appellees

_____

This cause, an interlocutory appeal from the trial court's order denying appellant The Subsea Company's motion to compel arbitration, signed September 9, 2013, was heard on the transcript of the record. We have inspected the record and find error in the order. We therefore order the trial court's order **REVERSED** and **REMAND** the cause for further proceedings in accordance with this court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, Raquel Payan.

We order this decision certified below for observance.